# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0370
LT Case No. 16-2017-CF-202-AXXX-MA

_____

CHARLES SMITH, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Charles Smith, III, Milton, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____